1 COOLEY LLP
JOHN C. DWYER (136533)
2 (dwyerjc@cooley.com)
HEATHER DUNN NAVARRO (238158)
3 (hdnavarro@cooley.com)
Five Palo Alto Square
4 3000 El Camino Real
Palo Alto, California 94306-2155
5 Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663
6
KARA C. WILSON (268535)
7 (kwilson@cooley.com)
1114 Avenue of the Americas
8 New York, New York 10036-7798
Telephone:  (212) 479-6000
9 Facsimile:   (212) 479-6275

10 Attorneys for Defendants
EBAY INC. and PAYPAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAGGIE CAMPBELL, on behalf of herself and on behalf of all persons in California similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC. and PAYPAL, INC.,<br><br>Defendants. | Case No. 4:13-cv-02632-YGR<br><br>**ORDER GRANTING**<br>**STIPULATION TO MODIFY BRIEFING**<br>**SCHEDULE AND PROPOSED ORDER**<br><br>Complaint Filed:  April 23, 2013 |

This Stipulation is entered into by and among Plaintiff Maggie Campbell ("Plaintiff") and Defendants eBay Inc. ("eBay") and PayPal, Inc. ("PayPal") (collectively, "Defendants") (Plaintiff and Defendants collectively "the Parties"), by and through their respective counsel.

WHEREAS, on September 5, 2013 the Court made and entered its Order granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint with leave to amend and setting the following schedule: Plaintiff has until no later than by October 1, 2013 to file her Second Amended Complaint and Defendants have until no later than October 22, 2013 to file their response;

WHEREAS, Plaintiff's counsel J. David Franklin has represented that he is the Plaintiff's counsel who prepared her original and First Amended Complaint and was in the process of preparing her Second Amended Complaint in response to the Court's Order dismissing the First Amended Complaint with leave, when he became very ill with the flu last week on Wednesday September 25, 2013 and is just now recovering therefrom and has been too ill to continue his work on the Second Amended Complaint that was interrupted by his illness to meet the Court's heretofore referenced schedule for filing the Second Amended Complaint by the October 1, 2013 date the Court ordered;

WHEREAS, Plaintiff's counsel J. David Franklin represents that he is now sufficiently recovered from his illness to complete work on the Plaintiff's Second Amended Complaint but needs additional time to do so than permitted by the current schedule ordered by the Court;

WHEREAS, Plaintiff's counsel has requested that Defendants, in view of the above-described circumstances, agree to an extension of the Briefing Schedule ordered by the Court, subject to Court Order, to enlarge Plaintiff's time to file her Second Amended Complaint by an additional three (3) days to and including Friday, October 4, 2013;

WHEREAS, Defendants have agreed, subject to Court Order, to the requested extension as long as Defendants time to respond to Plaintiff's Second Amended Complaint is also extended an additional three (3) days to and including October 25, 2013.

WHEREFORE, based upon the foregoing, the Parties STIPULATE that the Court's previously ordered briefing schedule shall be modified as follows:

1. Plaintiff's Second Amended Complaint shall be filed no later than October 4, 2013;

2. Defendants' response to Plaintiff's Second Amended Complaint shall be filed no later than October 25, 2013.

    J. David Franklin, Esq., Bar No. 41659
FRANKLIN & FRANKLIN
550 West C Street, Suite 950
San Diego, CA 92101
Tel: (619) 239-6300
Fax: (619) 239-6369

Anthony A. Ferrigno, Esq., Bar No. 61104
LAW OFFICES OF ANTHONY A. FERRIGNO
1116 Ingleside A venue
Athens, TN 37303
Tel: (423) 744-4041
Fax: (925) 945-8792

_____
BY: Anthony A. Ferrigno
Attorneys for Plaintiff


COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
HEATHER DUNN NAVARRO (238158)
(hdnavarro@cooley.com)
KARA C. WILSON (268535)
(kwilson@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663


  /s/ Heather Dunn Navarro_____
BY: Heather Dunn Navarro, Esq.
Attorneys for Defendants
EBAY INC. and PAYPAL, INC.

**PROPOSED ORDER**

GOOD CAUSE appearing therefor, PURSUANT TO the above STIPULATION, IT IS SO ORDERED.

DATED: October _7_, 2013          _____
                                  HONORABLE YVONNE GONZALEZ ROGERS,
                                  UNITED STATES DISTRICT COURT JUDGE

1176659 v1/HN