**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MAGGIE CAMPBELL,** on behalf of herself and all persons in California similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**EBAY, INC., AND PAYPAL, INC.,**<br><br>Defendants. | Case No.: 13-CV-2632 YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

On November 15, 2013, Defendant eBay, In.. filed a Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. No. 34.) The hearing on the motion is set for January 7, 2014. Plaintiffs' response was due on December 6, 2013. Civ. L.R. 7-3(a). To date, Plaintiff has failed to oppose the Motion. Defendant filed a Notice of Non-Opposition on December 16, 2013. (Dkt. No. 36.)

Plaintiff is **ORDERED TO SHOW CAUSE** in writing why the motion should not be granted as unopposed and this action dismissed for failure to prosecute. Plaintiff shall file a written response to the Order to Show Cause and/or motion **no later than Friday, December 27, 2013**. Failure to respond timely will result in dismissal of this action.

The hearing currently set for January 7, 2014 at 2:00 p.m. is **VACATED**.

**IT IS SO ORDERED**.

Date: December 17, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**