ANTHONY A. FERRIGNO, CA. BAR NO.061104
LAW OFFICES OF ANTHONY A. FERRIGNO
<u>MAILING</u>:1116 INGLESIDE AVE.
ATHENS, TN 37303
TEL.: (423) 744-4041
FAX:  (925) 945-8792l
A-trust-fraudlaw@msn.com

MARCH 25, 2014

Honorable Yvonne Gonzalez Rogers, U.S.D.J.
Courtroom 5, Second Floor
C/O CLERK OF THE COURT
**ATTN: Clerk's Office**
THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA, OAKLAND DIVISION
Ronald V. Dellums Federal Building
1301 Clay Street, Suite 400 S
Oakland, California 94612
(510) 637-3530

SENT BY ECF
HARDCOPY SENT TO COURTROOM    CHAMBERS AS COURT'S COURTESY COPY

RE: *MAGGIE CAMPBELL V. EBAY, INC. et al*
     Civil Action No.: 4:13-cv-02632-YGR/Plaintiff's Request for Oral Argument

Dear Honorable Judge Gonzalez-Rogers,

This letter is to respectfully request oral argument on the Defendants' pending Motion for Dismissal of Plaintiff's Third Amended Complaint that is presently fully briefed and set for hearing on April 1, 2014 at 2:00 P.M.

The request is made because Plaintiff believes there is much in Defendants' Reply Brief that Plaintiff, otherwise, will not have had a chance to respond to. Plaintiff believes this is a matter that should not be decided without oral argument. Therefore, in the interest of justice, Plaintiff respectfully requests oral argument.

Thank you for your time in considering this request.

                                        Respectfully, *[signature: Anthony A. Ferrigno]*
                                        _____
                                        Anthony A. Ferrigno, Esq.
                                        One of Plaintiff's Attorneys

cc: by ecf service to all counsel

1.

Case 4:13-cv-02632-HSG   Document 55   Filed 03/25/14   Page 2 of 2