UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAGGIE CAMPBELL, on behalf of herself and on behalf of all persons in California similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC., a foreign corporation authorized to do business and doing business in California, and PAYPAL, INC., a foreign corporation authorized to do business and doing business in California,<br><br>Defendants. | Case No. 4:13-cv-02632-YGR<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO DECEMBER 2, 2014** |

| | |
|---|---|
| 1 | Having reviewed the parties' joint stipulation to continue the case management |
| 2 | conference, and good cause appearing therefor, it is hereby **ORDERED** that: |
| 3 | ■ The request to continue the case management conference currently set for October 27, 2014, |
| | is DENIED. |
| 4 | |
| 5 | Dated:  October __10, 2014 |
| 6 | |
| 7 | By:  _____ |
| | HONORABLE YVONNE GONZALEZ ROGERS |
| | UNITED STATES DISTRICT COURT JUDGE |