UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE CAMPBELL,<br><br>        Plaintiff,<br><br>    v.<br><br>EBAY, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-02632-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on March 19, 2015. Counsel for plaintiff Maggie Campbell did not appear at the hearing. The Court admonishes plaintiff's counsel that five minutes' notice that he will be late for the scheduled start time of a hearing is insufficient. The Court may impose sanctions for any future failures of this type.

The Court denied Campbell's request, raised in the case management conference statement, to continue all currently scheduled deadlines by twelve months. The Court ordered the parties to abide by the case scheduling order currently in place and further ordered that trial will begin on December 7, 2015 at 8:30 a.m. The complete case schedule is as follows:

| Event | Date |
|---|---|
| Deadline for Plaintiff to File Motion for Class Certification | May 5, 2015 |
| Deadline for Defendant to File Opposition to Motion for Class Certification and Motion for Summary Judgment | May 26, 2015 |
| Deadline for Plaintiff to File Reply in Support of Motion for Class Certification and Opposition to Motion for Summary Judgment | June 16, 2015 |
| Deadline for Defendants to File Reply in Support of Motion for Summary Judgment | June 30, 2015 |
| Fact Discovery Cutoff | August 28, 2015 |
| Deadline for Initial Expert Disclosures | September 11, 2015 |
| Deadline for Rebuttal Expert Disclosures | September 25, 2015 |
| Expert Discovery Cutoff | October 16, 2015 |

| | |
|---|---|
| Pretrial Conference | November 24, 2015 3:00 p.m. |
| Trial | December 7, 2015 8:30 a.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: March 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge