United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGGIE CAMPBELL,<br><br>      Plaintiff,<br><br>   v.<br><br>EBAY, INC., et al.,<br><br>      Defendants. | Case No. 13-cv-02632-HSG<br><br>**ORDER DENYING "OBJECTION TO SETTLEMENT" AND ADMINISTRATIVE MOTION TO CONSIDER CALL TO APPOINT CLASS COUNSEL**<br><br>Re: Dkt. No. 114 |

On March 9, 2015, Reginald Burgess, a third party to this action appearing pro se, filed a document styled as an "Objection to Settlement re: Skelly Association of Counsel Agreement." On March 16, 2015, counsel for Mr. Burgess and other third parties Lacy Reintsma, Caleb Reintsma, Amy Rickel, Fred Rickel, and Colette Tapia (collectively, "Third Parties") filed an Administrative Motion to Consider Call to Appoint Class Counsel. Dkt. No. 114. Under the Court's October 24, 2014 Order, these "Third Parties have no basis to appear in this action." Dkt. No. 101 at 6. The Court denies the Motion and "Objection." The Court will consider the adequacy of proposed class counsel at the class certification stage, consistent with the controlling legal standards.

//

//

//

//

//

//

1    Before filing any future motion or request in this case, the Third Parties, or an attorney
2 acting on their behalf, must first seek leave of Court.  Any request for leave must comply with
3 Civil Local Rule 7-11.  The Court may disregard and/or strike any motion or request that does not
4 comport with this Order or any applicable Rule.  *See Fernando v. PayPal, Inc.*, 2013 WL
5 2253785, at *5 (N.D. Cal. May 22, 2013).

6    **IT IS SO ORDERED.**

7 Dated:  3/20/2015

8 _____
  HAYWOOD S. GILLIAM, JR.
9 United States District Judge